UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| QUOC VIET, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 3:17-cv-114 |
| v. ) | |
| ) | Judge Mattice |
| VICTOR LE and COPIER VICTOR, INC., ) | Magistrate Judge Guyton |
| ) | |
| *Defendants.* | |

## JUDGMENT

This case came before the Court on Defendants' Motion for Summary Judgment (Doc. 46) filed by Victor Le and Copier Victor, Inc. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED**.

Dated at *Chattanooga, Tennessee*, this 15th day of October, 2018.

/s/ *John Medearis*
John Medearis
CLERK OF COURT